### In re BEACH'S ESTATE.

(Supreme Court, Appellate Division, First Department. July 2, 1897.)

TRANSFER TAX—EXEMPTIONS.
> The provision of the transfer tax act exempting transfers to persons to whom a decedent stood in the mutually acknowledged relation of a parent, applies only to illegitimate children of decedent.

Appeal from order of surrogate.

Appeal in the matter of the estate of John H. Beach from an order of the surrogate affirming an appraisement and fixing a tax. Affirmed.

Argued before VAN BRUNT, P. J., and RUMSEY, PATTERSON, INGRAHAM, and PARKER, JJ.

Edward Sheldon, for appellant.
Emmet R. Olcott, for respondent.

PER CURIAM. The precise question involved in this case was presented to the general term of the First department in Re Hunt's Estate, 86 Hun, 232, 33 N. Y. Supp. 256, and upon the authority of that decision the order appealed from must be affirmed, with costs.